UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JESSICA H.,

                         Plaintiff,

v.                                                         1:22-CV-1351 (ML)

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                         Defendant.

_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| AVARD LAW<br>  Counsel for the Plaintiff<br>P.O. Box 101110<br>Cape Coral, Florida 33910 | CRAIG POLHEMUS, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>  Counsel for the Defendant<br>6401 Security Boulevard<br>Baltimore, Maryland 21235 | JASON P. PECK, ESQ.<br>Special Assistant United States Attorney |

MIROSLAV LOVRIC, United States Magistrate Judge

### CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Jason P. Peck, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may be taken; and Plaintiff, through counsel Craig Polhemus, having consented to the within order

and the requested remand (Dkt. No. 15), and the Court having considered the matter,

IT IS on this 20th day of June, 2023,

**ORDERED** that Joint Motion [15] is GRANTED, that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: June 20, 2023
Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge